IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDWARD TAYLOR,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3764

Opinion filed June 6, 2017.

Petition for Writ of Certiorari—Original Jurisdiction.

Seth Miller, Tallahassee, for Petitioner.

Mark J. Hiers, Assistant General Counsel, Tallahassee, for Respondent.

PER CURIAM.

The petition is denied on the merits.

ROBERTS, C.J., MAKAR and JAY, JJ., CONCUR.